JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR O., | CASE NO. CV 21-6576 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that the decision of the Commissioner is reversed and remanded for reconsideration of Dr. Pelton's opinions during the period beginning June 1, 2020.

DATED: June 22, 2023

_____
ALICIA G. ROSENBERG
United States Magistrate Judge